IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| ROBERT STONE<br>PAMELA S. STONE; | ) <br> ) <br> ) | Case No.: 08-6113-CV-SJ-DGK |
| Plaintiffs, | ) <br> ) | (Removed from the Circuit Court of<br>Clinton County, Missouri; Case No. |
| v. | ) <br> ) | 08CN-CV00755) |
| FORD MOTOR COMPANY; TRW<br>VEHICLE SAFETY SYSTEMS INC.;<br>TRW AUTOMOTIVE US LLC<br>(As Assignee of the Former TRW, Inc.<br>n/k/a Northrop Grumman Space & Mission<br>Systems Corp.); | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | JURY TRIAL DEMANDED |
| Defendants. | ) <br> ) <br> ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of Plaintiff's Expert Disclosures has been forwarded to the following attorneys via United States Postal Service, postage prepaid, duly addressed to said attorneys, on this the 14th day of September, 2009:

Rodney E. Loomer
George W. Reinbold, IV
TURNER, REID, DUNCAN, LOOMER & PATTON, P.C.
1355 E. Bradford Parkway, Suite A
P. O. Box 4043
Springfield, MO 65808-4043
*Counsel for Ford Motor Company*

Ian M. Bartalos
HARRIS MCCAUSLAND, P.C.
9233 Ward Parkway, Suite 270
Kansas City, MO 64114

Andrew R. Kruppa
SQUIRE, SANDERS & DEMPSEY, L.L.P.
200 South Biscayne Blvd., Suite 4100
Miami, FL 33131

Jill Okun
Squire, Sanders & Dempsey, LLP
4900 Key Tower
127 Public Square
Cleveland, OH 44114

*Counsel for TRW Vehicle Safety Systems Inc.,
and TRW Automotive U.S., LLC*

BELL LEGAL GROUP, LLC
232 King Street
Georgetown, SC 29440
Telephone: 843-546-2408
Fax: 843-546-2919

/s/ J. Ryan Heiskell
J. Edward Bell, III
J. Ryan Heiskell
*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following as well as sent via United States Postal Service, postage prepaid:

Rodney E. Loomer
George W. Reinbold, IV
TURNER, REID, DUNCAN, LOOMER & PATTON, P.C.
1355 E. Bradford Parkway, Suite A
P. O. Box 4043
Springfield, MO 65808-4043
*Counsel for Ford Motor Company*

Ian M. Bartalos
HARRIS MCCAUSLAND, P.C.
9233 Ward Parkway, Suite 270
Kansas City, MO 64114

Andrew R. Kruppa
SQUIRE, SANDERS & DEMPSEY, L.L.P.
200 South Biscayne Blvd., Suite 4100
Miami, FL 33131

Jill Okun
Squire, Sanders & Dempsey, LLP
4900 Key Tower
127 Public Square
Cleveland, OH 44114
*Counsel for TRW Vehicle Safety Systems Inc., and TRW Automotive U.S., LLC*

Steven D. Steinhilber
Edelman & Thompson, LLC
3100 Broadway, Suite 1400
Kansas City, MO 64111

*Attorney for Plaintiff*

Vanessa Beitha